AARON D. FORD
  Nevada Attorney General
HENRY H. KIM (Bar No. 14390)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email: hkim@ag.nv.gov

*Attorneys for Defendants
Michael Minev, Gregory Bryan,
Rio Manalang, and Jennifer Nash*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN DRYDEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL MINEV, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-01491-JAD-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>ECF Nos. 5, 9, 16 |

It is hereby stipulated and agreed by and between Plaintiff, Bryan Dryden, and Defendants, Michael Minev, Gregory Bryan, Rio Manalang, and Jennifer Nash, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Henry H. Kim, Deputy Attorney General, that the First Amended Civil Rights Complaint in the above captioned matter be dismissed in its entirety with prejudice,

. . .

. . .

. . .

Each party shall bear their own attorney's fees and costs.

DATED this 31 day of July, 2021        DATED this 17th day of August, 2021

                                                       AARON D. FORD
                                                       Attorney General

By: [signature] Bryan Dryden         By: /s/ Henry H. Kim
Bryan Dryden                              Henry H. Kim (No. 14390)
*Plaintiff, Pro Se*                       Deputy Attorney General

                                                       *Attorneys for Defendants*
                                                       *Michael Minev, Gregory Bryan,*
                                                       *Rio Manalang, and Jennifer Nash*

## ORDER

Based on the parties' stipulation **[ECF No. 16]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All motions [ECF Nos. 5, 9] are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 22, 2021

*Dryden v. Minev, et al.*
Case No 2:20-cv-01491-JAD-NJK